# State of New York
# Department of State  } ss:

I do hereby certify that according to the records of this office, service was made upon this office as herein described:

Date of Service: **MARCH 17, 2011.**
Party Served: **RIRI USA INC.**
Place of Service: **Office of the Department of State in the City of Albany, State of New York**
Service was directed to be made pursuant to: **306 OF THE BUSINESS CORPORATION LAW.**
Service and the statutory fee thereof were received by **CHAD MATICE**, a person authorized by the Secretary of State to receive such service.
Name of plaintiff/petitioner: **LOREDANA INGENITO.**
In accordance with statute, said paper was mailed by certified mail, to the following address of record specified for this purpose:

**RIRI USA INC.
350 FIFTH AVE STE 2812
NEW YORK, NY 10118**

Said mailing was returned to this office by the U.S. Postal Service as undeliverable, the reason being:

**ATTEMPTED UNKNOWN**

* * *

WITNESS my hand and the official seal of
The Department of State at the City
Of Albany, this 5th day of July, 2011



CULF

*First Deputy Secretary of State*