UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LOREDANA INGENITO,

                Plaintiff,

-against-

RIRI USA, INC. and BENJAMIN HOWELL II,

                Defendants.
----------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
11-CV-2569 (CBA) (RLM)

AMON, Chief United States District Judge:

Before the Court is the report and recommendation ("R & R") of the Honorable Roanne L. Mann, U.S. Magistrate Judge, which is dated August 9, 2011. The R & R recommends that the Court deny the plaintiff's motion to remand this removed action to New York State Supreme Court.

The time for objecting to the R & R has passed. No party has objected. No party has requested additional time in which to object. The Court has reviewed the R & R and, seeing no clear error, Wilds v. United Parcel Serv., Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003), adopts the R & R as the opinion of the Court.

Accordingly, the motion to remand is denied. The Clerk of Court is respectfully directed to terminate docket entries # 7, 12, and 15.

SO ORDERED.

Dated: Brooklyn, New York
September 12, 2011

s/CBA

Carol Bagley Amon
Chief United States District Judge